IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: COVID-19 PUBLIC HEALTH & SAFETY

**STANDING ORDER MC 121-016**

WHEREAS, on March 13, 2020, a national emergency was declared under the National Emergencies Act, 50 U.S.C. Section 1601, *et. seq.*, in response to the COVID-19 pandemic;

WHEREAS, on March 17, 2020, the Court entered a standing order governing court operations in light of the pandemic and declaration of national emergency (MC-120-04);

WHEREAS, on May 13, 2021, the Centers for Disease Control and Prevention (CDC) issued Interim Public Health Recommendations for Fully Vaccinated People that provide that those who have been fully vaccinated for COVID-19 can resume activities without wearing masks or physically distancing, except where required by federal, state, local, tribal or territorial laws, rules and regulations, including local business and workplace guidance; and

WHEREAS, the Court now determines that the restrictions on Court operations and entry to District courthouses imposed by MC120-004 should be revised to follow the new CDC guidelines.

Accordingly, the Court hereby ORDERS:

1. **Courthouse Access.** Effective immediately:

    a. **Face Masks or Coverings.** Persons who have been "fully vaccinated" as defined by CDC guidelines shall <u>not</u> be required to wear a face mask or covering in order to enter a District courthouse. Nothing in this Order shall prevent any individual from wearing a face mask or covering, regardless of their vaccination status. This face mask or covering requirement shall only apply in the public areas of each courthouse.

    b. **Entry Restrictions.** The following persons shall not enter a District courthouse:

> i. Persons who have been diagnosed with COVID-19 within the previous 14 days.
> ii. Persons who have been asked to self-quarantine by any doctor or other health care worker, hospital, or health agency within the previous 14 days.
> iii. Fully vaccinated persons who have been exposed to COVID-19 and are experiencing any symptoms of COVID-19.
> iv. Unvaccinated persons who have been exposed to COVID-19 within the previous 14 days; or
> v. Persons with any symptom of COVID-19 identified by CDC, including fever (100.4 degrees or higher), chills, cough, shortness of breath, new loss of taste or smell, nausea, vomiting or diarrhea.

c. **Denial of Entry or Removal.** The United States Marshal, his deputies and court security officers shall deny entry to anyone attempting to enter in violation of this Order and shall have the authority to remove anyone from a courthouse for failure to abide by this Order. Anyone denied entry or removed due to these restrictions will be provided with contact information to contact the relevant Court or other agency with whom they have business.

d. **Screenings.** Mandatory temperature screenings for persons entering a courthouse are no longer required. Temperature kiosks shall remain in place and operational for voluntary screenings. Court security personnel shall not question persons entering a courthouse about their vaccination status unless directed to do so by a presiding judge.

2. **Court Proceedings Generally.**

Each presiding judge shall retain the sole discretion to require those persons present at a court proceeding or entering chambers to wear a face mask or covering, honor social distancing requirements or take additional precautions as may been deemed appropriate.

3. **Authorization to Use Video and Telephone Conferencing for Criminal Proceedings Pursuant to the CARES Act.**

Nothing in this Order shall prevent hearings and other proceedings from being conducted remotely by video or telephone conferencing pursuant to the CARES Act.

4. **Notice.** The Clerk shall post a summary of this Order's requirements prominently at the entrance to each courthouse and shall remove any notices in conflict with this Order.

All previously entered orders concerning Court operations related to COVID-19 shall remain in effect to the extent they are not inconsistent with the instant Order.

**ORDERED** at Augusta, Georgia, this ____1ST____ day of June, 2021.

_____
J. RANDAL HALL
Chief United States District Judge